In the Matter of the Judicial Settlement of the Account of Proceedings of William M. Huckel, as Trustee, etc., of Susan Cornwall, Deceased.— Motion denied upon condition that appellant perfect the appeal for the June term, and case ordered added to and at the foot of the June calendar same to be argued when reached; otherwise, motion granted, without costs

Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.     Settle order on notice..